that a petition for extraordinary relief in the nature of a writ of mandamus was filed under Rule 27(a) on this date.

No. 12–0496/NA.  U.S. v. Dominic P. Altier.  CCA 201000361.  Appellee's motion to extend time to file a brief granted, *up to and including September 17, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 12–0687/AR.  U.S. v. Daniel Zavalagamez.  CCA 20110197.  On consideration of Appellant's motion to extend time to file the supplement to the petition for grant of review, it is ordered that said motion is hereby granted, *but only up to and including September 25, 2012*; and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 13–0001/AR.  U.S. v. Jarvis J. Pilago.  CCA 20100414.  Appellant's motion to extend time to file the supplement to the petition for grant of review is granted to September 24, 2012.

No. 13–8001/NA.  United States, Appellant v. Saheed A. Lawanson, Appellee.  CCA 201200187.  Notice is hereby given that a motion to stay proceedings was filed by Appellant on this date.